IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) | |
| Plaintiff, | ) ) | |
| | ) | No. 04 C 7282 |
| v. | ) ) | |
| | ) | Judge Anderson |
| SEARS, ROEBUCK AND CO., | ) ) | Magistrate Judge Cox |
| Defendant. | ) ) ) | |

**MOTION FOR APPROVAL OF ALLOCATION OF SETTLEMENT FUNDS**

Pursuant to Paragraph 7(H) of the Consent Decree approved previously by this Court, the United States Equal Employment Opportunity Commission ("EEOC" or "Commission") hereby submits its Motion for Approval of Allocation of Settlement Funds. In support of this Motion, EEOC states as follows:

On September 29, 2009 ("Approval Date"), this Court approved entry of the Consent Decree in the above-captioned case. *See* September 29, 2009 Order. The Decree included a detailed claims administration process for the purpose of identifying claimants and determining what monetary payment, if any, each potential claimant should receive.

**Process for Determining Monetary Payment Amount**

In accordance with the terms of the Consent Decree, the EEOC considered the following factors in determining whether claimants are eligible for monetary relief: (1) the extent to which the claimant suffered from a physical or mental impairment that caused him or her to be substantially limited in a major life activity at the time of his or her termination by Sears; (2) the extent to which the claimant could have worked in any position at Sears during and subsequent to his or her workers' compensation leave of absence with or without a reasonable accommodation; (3) whether

1

the claimant was offered the opportunity to return to work at Sears in a position that was consistent with the claimant's disability during or subsequent to his or her workers' compensation leave of absence; (4) whether the claimant worked subsequent to his or her work for Sears; (5) whether the claimant's termination occurred within three-hundred days prior to the date of the filing of the charge that resulted in this litigation; (5) whether the claimant was a charging party; and time or effort devoted to the litigation by the claimant. *See* Decree, Paragraph 7(E)(1). In total, EEOC received 258 timely-filed claim forms. Of those, 26 individuals did not qualify to participate in the settlement under the factors outlined in Paragraph 7(E)(1).

## Timeliness of Claims

According to Paragraph 7(C) of the Decree, potential claimants had sixty (60) days from the Approval Date (date calculates to November 28, 2009) to complete and return a claim form in order to be considered for the claims administration process. The claim forms clearly and unambiguously indicated that all claim forms must be *actually received* by the Claims Administrator no later than November 28, 2009, otherwise their claims would be forever barred. Under the terms of the Decree, only under limited circumstances could a potential claimant successfully appeal a late-filed claim form. *See* Paragraph 7(C)(1) of the Decree.

No fewer than seven (7) individuals submitted claim forms after the claims bar date. For each such untimely claim, the Claims Administrator sent a letter to the individual indicating that his/her claim form was received after the claims bar date and that he/she could appeal this decision by contacting a Commission attorney. Six (6) individuals contacted the Commission to make such an appeal. Of those, EEOC permitted three (3) individuals to be included in the settlement. EEOC granted these appeals only in situations where the individual or his/her representative was hospitalized during the 60-day claims period and was therefore unable to submit the claim form in a timely manner. The Commission rejected the appeals where there was no dispute that the potential

2

claimants failed to deliver the claim form to the Claims Administrator on or before the claims bar date and where there were no extenuating circumstances (*i.e.*, the potential claimant was incapacitated during the 60-day window to return claim forms or the blank claim form was not delivered to the potential claimant with sufficient time to complete and return the form before the claims bar date) justifying the appeal.

### Determination of Monetary Payment Amount

Consequently, EEOC has determined that 235 individuals (258 timely filed claims - 26 ineligible claims + three successful appeals relating to untimely-filed claim forms = 235) are eligible to participate in this settlement. After a thorough review process applying the factors described above, EEOC has determined that the $6,200,000 settlement should be distributed to the Claimants as follows (in alphabetical order):

| Last Name | First Name | Settlement Allocation |
|---|---|---|
| Abdullah | Patricia M. | $45,000.00 |
| Abner | Christopher Bouvier | $2,500.00 |
| Akau | Ivan Isaac | $2,500.00 |
| Alford | David R | $45,000.00 |
| Allen | Benjamin Gene | $20,000.00 |
| Arnold | Joyce Cecilia | $45,000.00 |
| Azeem | Jamal A. | $2,500.00 |
| Backa | Duane Greg | $20,000.00 |
| Baker | Iris Yvonne | $45,000.00 |
| Ballesteros | Veronica Diane | $20,000.00 |
| Barham | Darrell | $2,500.00 |
| Bava | John | $122,500.00 |
| Bays | Martha | $2,500.00 |
| Beavers | Homer Earl | $45,000.00 |
| Bell | Edward | $20,000.00 |
| Bickham | Terry Arthur | $45,000.00 |
| Birdsong | Joann Rose | $20,000.00 |
| Blanton | Steve Allen | $20,000.00 |
| Bliss | Marilyn Mae | $2,500.00 |
| Blocher, Estate of | Philip Harvey | $20,000.00 |
| Blood | Sue Ann | $2,500.00 |
| Bouchard | Robert | $20,000.00 |
| Brittain | Mark Alan | $20,000.00 |
| Brown | Larry Martin | $2,500.00 |
| Brown | Glenna J. | $20,000.00 |

3

| | | |
|---|---|---|
| Brown | Steven Dexter | $20,000.00 |
| Brown | Collen M. | $20,000.00 |
| Bruhn | Tracy M. | $2,500.00 |
| Bryant | Katen Malverse | $20,000.00 |
| Bryant | Timothy John | $20,000.00 |
| Buford | Joseph William | $45,000.00 |
| Burke | Rhonda McKenzie | $2,500.00 |
| Bustamante | Terry Elaine | $20,000.00 |
| Calef | Fred J. | $62,500.00 |
| Calvert | Teddy Eugene | $20,000.00 |
| Campbell | Shawmen A. | $62,500.00 |
| Capito | Dino Lawrence | $20,000.00 |
| Carlino | Paul L. | $62,500.00 |
| Carraway | Cameo Marie | $62,500.00 |
| Carter | Larry Winston | $20,000.00 |
| Castricone, Estate of | Michael R. | $45,000.00 |
| Caulder | Kirby Ringo | $20,000.00 |
| Cesena | Inez | $20,000.00 |
| Chaffin | Phyllis Carol | $45,000.00 |
| Clopp | Jack Charles | $20,000.00 |
| Coder | Mary Elaine | $20,000.00 |
| Coker | James Daniel | $20,000.00 |
| Coleman | LaShonda Renee | $2,500.00 |
| Coleman | Kenneth Wayne | $20,000.00 |
| Colitte | Natale J | $20,000.00 |
| Conte | Philip Anthony | $20,000.00 |
| Cornett | Paul David | $45,000.00 |
| Costa | Geroge Pinto | $20,000.00 |
| Craven | Troy David | $20,000.00 |
| Crawford | Deborah Jane | $20,000.00 |
| Crespo | Liniers Q. | $2,500.00 |
| Culp | Earl Thomas | $20,000.00 |
| Daggett, Jr. | James Loren | $62,500.00 |
| Dauth | Gladys C. | $20,000.00 |
| Davis | Mary Helen | $2,500.00 |
| Degale | Metheus Matthew | $45,000.00 |
| Deniz | Selma | $45,000.00 |
| Derricott | Steven Joseph | $20,000.00 |
| Djafari | Mariam B | $20,000.00 |
| Dominguez | Jose Reynaldo | $2,500.00 |
| Downey | Stephen Michael | $20,000.00 |
| Dunn | Deborah Diann | $20,000.00 |
| Eckhart | Theodore J. | $2,500.00 |
| Edgerton | Kimberly Michelle | $20,000.00 |
| Encizo | Dora Elena | $62,500.00 |
| Esmailzadeh | Pary | $45,000.00 |
| Evans | Debra Ann | $20,000.00 |
| Ferrel | Romelia | $45,000.00 |

| | | |
|---|---|---|
| Field | Nelson Lee | $2,500.00 |
| Focht | Walter Wesley | $62,500.00 |
| Forbis | Dawling J. | $2,500.00 |
| Frederick | Cynthia Ann | $2,500.00 |
| Gaines | Valerie Jean | $2,500.00 |
| Garces | William L. | $20,000.00 |
| Ghazi | Zehra B. | $20,000.00 |
| Gillespie | Edward T. | $20,000.00 |
| Glenn | Helen Yvonne | $20,000.00 |
| Golden | Robert S. | $20,000.00 |
| Gollihar | Jerry W. | $62,500.00 |
| Gomez, Sr. | Christopher | $20,000.00 |
| Gonzales | Ruth Carrillo | $2,500.00 |
| Greene III | Meltiah Bourne | $45,000.00 |
| Grimes | Deborah Ann | $45,000.00 |
| Guentensperger | Alan Carl | $45,000.00 |
| Guice | Tarmeassia Laquisha | $2,500.00 |
| Guidry II | Harold John | $2,500.00 |
| Guinn | Wayne Leonard | $20,000.00 |
| Hall | Wallace Lee | $2,500.00 |
| Hamann | Kathleen Carol | $20,000.00 |
| Hanger | Angela Maria | $45,000.00 |
| Hanly | Lorraine Marie | $2,500.00 |
| Hastings | Linda M. | $20,000.00 |
| Hawkins | James M. | $20,000.00 |
| Head | Candace Lee | $20,000.00 |
| Hellmann | JoAnn Welland | $20,000.00 |
| Henry | Jessie | $20,000.00 |
| Hernandez | Mary Lou | $20,000.00 |
| Hernandez, Jr. | Ricardo G. | $20,000.00 |
| Herrera | Delfino A | $2,500.00 |
| Herrera | Albert Sapien | $20,000.00 |
| Hicks, Jr. | Gwynn S. | $20,000.00 |
| Holley | Glenn Shannon | $45,000.00 |
| Honaker | Bobby A. | $62,500.00 |
| Hood | Jeffrey Lee | $45,000.00 |
| Howells | John Roger | $20,000.00 |
| Hunt | James Wendell | $45,000.00 |
| Hurd | Kenneth | $20,000.00 |
| Irsik | Betty Lynne | $45,000.00 |
| Jackson | Mark | $2,500.00 |
| Jackson | Barbara Anne | $2,500.00 |
| Johnson | Juanita D. | $2,500.00 |
| Johnson | Quincy Ray | $20,000.00 |
| Johnson | Daniel H. | $20,000.00 |
| Jones | Michael T. | $2,500.00 |
| Jones | Nancy P. | $2,500.00 |
| Jones | Anthony Luebearle | $45,000.00 |

| | | |
|---|---|---|
| Keag | James P. | $62,500.00 |
| Keck | Robert A. | $20,000.00 |
| King | Albert J. | $20,000.00 |
| Kirwan | Karen | $45,000.00 |
| Knox | Joyce Lynn | $2,500.00 |
| Kutsch | Charles A. | $2,500.00 |
| Ladner Sr. | Floyd Raymond | $20,000.00 |
| Land | Samuel D. | $45,000.00 |
| Lane | Michael Lawrence | $62,500.00 |
| Larocque | Brian Edward | $20,000.00 |
| LeMon | Sheila Fay | $45,000.00 |
| Leon | Sylvester C. | $20,000.00 |
| Livingston | Robin La'Vette | $45,000.00 |
| Locke | Jerre | $45,000.00 |
| Lorbiecki | Elaine E. | $2,500.00 |
| Lund | Scott Alan | $45,000.00 |
| Martin | Martha P. | $45,000.00 |
| Martinez | Roberto | $45,000.00 |
| Matsuyama | Collen R. | $2,500.00 |
| McBride | Mark Alan | $2,500.00 |
| McCarty Jr | Melvin Eugene | $20,000.00 |
| McGill | Katherine Echo | $45,000.00 |
| Miller | Elizabeth Ann | $20,000.00 |
| Milligan Greasham | Pamela Lue | $62,500.00 |
| Mlamba | Daniel K. | $62,500.00 |
| Monroe | Thurman Ruth | $20,000.00 |
| Nelson | Carla Carlene | $45,000.00 |
| Nicholls | Hugo Eduardo | $45,000.00 |
| Nunley | Eddie Charles | $2,500.00 |
| Olvera | Consuelo | $2,500.00 |
| Ortiz | Bridget | $2,500.00 |
| Palomares, Jr. | Rodrigo | $20,000.00 |
| Pasley | Dennis Roy | $2,500.00 |
| Patton | Jerri Lynn | $20,000.00 |
| Paul | Darren Gerard | $2,500.00 |
| Pellettier | Joseph F. | $20,000.00 |
| Phillips | Cherry Ann | $45,000.00 |
| Pierce | Gary Neal | $45,000.00 |
| Pinkham Sr | Wallace F. | $20,000.00 |
| Plichta | Harry Woodrow | $20,000.00 |
| Powell | Linda June | $62,500.00 |
| Randolph | Dennis P. | $62,500.00 |
| Rehak | Roger Scott | $45,000.00 |
| Rice | Deborah R. | $20,000.00 |
| Roberts | James P. | $20,000.00 |
| Robinson | Guilford | $20,000.00 |
| Rodriguez | Mary Lou | $20,000.00 |
| Sams | Steed Damol | $45,000.00 |

| | | |
|---|---|---|
| Sanchez | Gilbert | $20,000.00 |
| Sanders | Betty S. | $62,500.00 |
| Santiesteban | Victor Gabriel | $45,000.00 |
| SanTosuosso | Anthony N. | $20,000.00 |
| Schmohe | Laural Jean | $20,000.00 |
| Schroeder | Debbra Lyn | $20,000.00 |
| Schuff | Donald Leroy | $62,500.00 |
| Sconions | Marilyn M. | $2,500.00 |
| Scott | Julie Ann | $2,500.00 |
| Scott | Dorothy | $2,500.00 |
| Scott | Philomena Ida | $20,000.00 |
| Scully | Michael Robert | $2,500.00 |
| Selle | Lori Lynn | $2,500.00 |
| Seminitis | Anthony Paul | $45,000.00 |
| Shaffer | William Earl | $20,000.00 |
| Shuleski | Michael Peter | $2,500.00 |
| Shultz | Phillip | $20,000.00 |
| Simmons | Gregory Dean | $45,000.00 |
| Simmons | Sherwood Walter | $45,000.00 |
| Skinner | James Larry | $20,000.00 |
| Smith | Angelyn L. | $45,000.00 |
| Smith Phillips | Courtlyn | $45,000.00 |
| Solomon | Demetrius Bernard | $20,000.00 |
| Solorzano | Michel Lanette | $20,000.00 |
| Sosa | Lucia O. | $2,500.00 |
| Stagg | William Keith | $2,500.00 |
| Stearns | Melanie Jean | $45,000.00 |
| Steele | Patricia L. | $20,000.00 |
| Stickle | Lloyd Eugene | $20,000.00 |
| Stonelake | Raymond Joseph | $2,500.00 |
| Strode | Edna P. | $62,500.00 |
| Strong | Charles Wesley | $2,500.00 |
| Stuart | Elizabeth Charline | $45,000.00 |
| Swan | Velma | $62,500.00 |
| Tirheimer | Jerry W. | $20,000.00 |
| Toro | Willie | $20,000.00 |
| Torres | Steven | $45,000.00 |
| Torres | Richard F. | $62,500.00 |
| Towne | Chad Robert | $45,000.00 |
| Trainor | Tanya Marie | $2,500.00 |
| Tran | Linh My | $45,000.00 |
| Tucker | Dale Franklin | $2,500.00 |
| Tucker | Sylvia Ann | $2,500.00 |
| Vanderford | Stephen Randall | $20,000.00 |
| Vazquez Maldonado | Luis A. | $2,500.00 |
| Velasco | Cynthia Yvette | $45,000.00 |
| Villaneda | Cathy | $20,000.00 |
| Vosburg II, Estate of | Charles Russell | $20,000.00 |

| | | |
|---|---|---|
| Wade | John Wayne | $62,500.00 |
| Washabaugh | Connie Kay | $20,000.00 |
| Webb | Brian Scot | $20,000.00 |
| Wells | Walter L. | $2,500.00 |
| White | Jane Rebekah | $20,000.00 |
| White | David Wayne | $45,000.00 |
| White, Jr. | William Henry | $20,000.00 |
| Williams | Thurman Joseph | $20,000.00 |
| Wilson Jr. | Bobby J. | $2,500.00 |
| Woody | Larry Wayne | $45,000.00 |
| Worley | Tony Kirk | $45,000.00 |
| Wright | Harold Martin | $45,000.00 |
| Wright | Sherry Ann | $62,500.00 |
| Yacono | Donald Michael | $62,500.00 |
| Yandoli | Gary R. | $45,000.00 |
| Youngs | Les Jasen | $20,000.00 |
| Yupanqui | Juan Francisco | $45,000.00 |
| Zelyez | Arleen F. | $20,000.00 |
| | **Total** | **$6,200,000.00** |

In accordance with Paragraph 7(E)(3) of the Decree, EEOC was the sole determiner of the amount of monetary relief to be received by the claimants under this Decree and Sears is not permitted to object to this determination.

WHEREFORE, the Commission hereby submits this settlement allocation list for the Court's approval and requests that the Court, after appropriate review, enter an Order Approving the Allocation of the Settlement Funds and the distribution thereof pursuant to this Consent Decree.

Respectfully submitted,

/s/ Aaron R. DeCamp
Aaron R. DeCamp
Trial Attorney
Equal Employment Opportunity Commission
500 W. Madison, Suite 2000
Chicago, IL 60661

8

**CERTIFICATE OF SERVICE**

    I, Aaron R. DeCamp, an attorney, hereby certify that I caused a copy of the foregoing **Notice of Motion for Approval of Allocation of Settlement Funds** to be served electronically via the Court's ECF system on the following persons on January 27, 2010:

Amy Bess  
Sonnenschein Nath & Rosenthal, LLP  
8000 Sears Tower  
Chicago, Illinois 60606

                Respectfully Submitted,

                <u>s/ Aaron R. DeCamp</u>  
                Aaron R. DeCamp  
                Trial Attorney  
                United States Equal Employment  
                Opportunity Commission  
                500 W. Madison St., Room 2000  
                Chicago, IL 60661  
                (312) 353-7582