## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Equal Employment Opportunity Commission

                    Plaintiff,

v.                                   Case No.: 1:04–cv–07282
                                   Honorable Wayne R. Andersen

Sears Roebuck & Company

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 4, 2010:

      MINUTE entry before Honorable Wayne R. Andersen:Plaintiff Equal Employment Opportunity Commission motion to approve consent judgment and Approval of Allocation of Settlement Funds [127]is granted. Advised in open court notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.